UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Warren Peterson

v.            Case No. 05-cv-55-PB

Donna Roe, et al.

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated June 23, 2005.

SO ORDERED.

July 15, 2005

Paul Barbadoro
United States District Judge

cc: Warren Peterson, Pro se.
     Mary Maloney, Esq.